PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT

# SC DOCKET SHEET
## CASE NO. PC-2021-03612

| | | |
|---|---|---|
| Richard Grzesiak<br>v.<br>Ford Motor Company | § § § § § | Location: **Providence/Bristol County Superior Court**<br>Filed on: **05/26/2021**<br>US District Court Case Number: **1:21-cv-00266** |

---

### CASE INFORMATION

**Statistical Closures**
06/23/2021  Closed-Non Trial-Unassigned-Removed to Federal Court

Case Type: **Personal Injury**

Case Status: **06/23/2021  Closed**

Case Flags: **Claim for Jury Trial**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number     PC-2021-03612<br>Court     Providence/Bristol County Superior Court<br>Date Assigned     05/26/2021 |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | **Grzesiak, Richard** | **TUTALO, COURTNEY RHODES**<br>*Retained*<br>4014900220(W) |
| Defendant | **Ford Motor Company** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | |
|---|---|---|
| | **EVENTS** | |
| 06/23/2021 | Closed-Non Trial-Unassigned-Removed to Federal Court | |
| 06/16/2021 | Notice of Removal<br>*Notice of Removal* | |
| 06/09/2021 | Summons Proof of Service Filed<br>*Proof of Service* | |
| 05/26/2021 | Claim of Jury Trial Filed<br>*Jury Trial Request* | |
| 05/26/2021 | Entry of Appearance<br>*Entry of Appearance* | |
| 05/26/2021 | Summons | |
| 05/26/2021 | Complaint Filed<br>*Complaint* | |



### STATE OF RHODE ISLAND
### AND PROVIDENCE PLANTATIONS

### CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

| Case Information | |
|---|---|
| Case Caption: **Grzesiak** | vs. **Ford Motor Company** |
| Federal Court Case No. **1:21-cv-00266** | State Court Case No. **PC-2021-03612** |

| Record Information |
|---|

Confidential:     Yes ☐     No ☑     Description: _____

Sealed documents:     Yes ☐     No ☑     Description: _____

| Certification |
|---|

I, **Steven Burke** _____, Clerk of the Rhode Island Superior Court for the County of
**Providence** _____ do certify that the attached documents are all the documents
included in the record in the above referenced case.

Date: Jun/23/2021

Clerk:
/s/ **Steven Burke** _____

Prepared by:
/s/ **Brian Thompson** _____

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-CV-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 3 of 40 PageID #: 33

**STATE OF RHODE ISLAND**                          **SUPERIOR COURT**
**PROVIDENCE, SC**

RICHARD GRZESIAK,                  )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )       CIVIL ACTION NO. PC2021-03612
                                   )
FORD MOTOR COMPANY,                )
                                   )
        Defendant.                 )
                                   )

## NOTICE OF REMOVAL

TO:   Providence Superior Court          Courtney Tutalo, Esq.
      Civil Clerk's Office               Audette, Audette & Violette,
      Licht Judicial Complex             LLC
      250 Benefit Street                 35 Highland Ave.
      Providence, RI  02903              East Providence, RI  02914

PLEASE TAKE NOTICE that the Defendant Ford Motor Company, a Delaware

corporation with its principal place of business in Dearborn, MI, has this day filed a Notice of

Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, containing a statement of facts which

entitles it to remove the case to the United States District Court for the District of Rhode Island.

Attached hereto as *Exhibit A* is a true and correct copy of the Notice of Removal filed on June

16, 2021.

Dated:  June 16, 2021

                                FORD MOTOR COMPANY,
                                By its Attorneys,
                                CAMPBELL CONROY & O'NEIL
                                PROFESSIONAL CORPORATION


                                /s/ Adam A. Larson
                                _____

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 4 of 40 PageID #: 34

Adam A. Larson, #7114
One Constitution Wharf, Suite 310
Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115
alarson@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

On June 16, 2021, I electronically filed this document through the Odyssey system, which will send a notice of electronic filing to:  Courtney Tutalo, Esq., Audette, Audette & Violette, 35 Highland Ave., LLC East Providence, RI  02914.

/s/ Adam A. Larson

_____
Adam A. Larson

2

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 5 of 40 PageID #: 35

# EXHIBIT A

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 6 of 40 PageID #: 36

Case 1:21-cv-00266   Document 1   Filed 06/16/21   Page 1 of 3 PageID #: 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| RICHARD GRZESIAK, | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. |
| FORD MOTOR COMPANY, | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

### TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

The Defendant Ford Motor Company ("Ford") files this Notice Removal of this action from the Providence Superior Court, Providence County, State of Rhode Island, to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of its Notice of Removal, Ford states as follows:

1. As it appears from Civil Action No. PC2021-03612 on file in the Providence Superior Court, Providence, County, State of Rhode Island, the Plaintiff filed a Complaint on or about May 26, 2021. A copy of the Summons and Complaint is attached hereto as *Exhibit A*. On May 27, 2021, Ford received the Summons and Complaint via process server on CT Corporation in East Providence, Rhode Island. *Ex. A.*

2. According to the Complaint, this is a personal injury action in which the Plaintiff alleges that on or about January 28, 2020, he was in the course of his employment as a receiver for Tasca Automotive Group East, Inc. on the property located at 1300 Reservoir Avenue in the City of Cranston, Rhode Island. (Ex. A, ¶ 5).

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 7 of 40 PageID #: 37

Case 1:21-cv-00266   Document 1   Filed 06/16/21   Page 2 of 3 PageID #: 2

3.  The Plaintiff further alleges that he opened a so-called "stock cage" which contained automotive supplies that was located on the aforementioned premises designed, manufactured, owned, stocked, and/or maintained by Ford. (Ex. A, ¶¶ 6, 7). The Plaintiff also alleges that as he opened and entered the stock cage to retrieve items, two heavy boxes fell onto his right foot causing him to become injured. (Ex. A, ¶ 8).

4.  The Plaintiff alleges that as a result of the boxes falling on his right foot, he "sustained severe and grievous injuries, and has suffered and continues to suffer great pain of body and mind and has expended great sums of money for the medical care and treatment of said injuries, has incurred lost wages and has sustained other great damage." (Ex. A, ¶¶ 15, 21).

5.  Therefore, due to the alleged severity of the Plaintiff's alleged personal injuries from the alleged accident, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.

6.  The Plaintiff alleges in his Complaint that he is a resident in the Town and County of Bristol, State of Rhode Island (Ex. A, ¶ 1).

7.  The Defendant Ford Motor Company is a Delaware corporation, with its principal place of business located at One American Road, Dearborn, MI.

8.  Jurisdiction in the Federal Court is based on diversity of citizenship between the Plaintiff and Ford pursuant to 28 U.S.C. § 1332. Upon information and belief, the amount in controversy exceeds, exclusive of interests and costs, seventy-five-thousand dollars ($75,000).

9.  This Notice of Removal is being filed within the time period required by 28 U.S.C. §1446(b).

2

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 8 of 40 PageID #: 38

Case 1:21-cv-00266   Document 1   Filed 06/16/21   Page 3 of 3 PageID #: 3

10. A copy of this Notice of Removal will be filed with the Clerk of the Providence

Superior Court and served on counsel of record for the Plaintiff pursuant to 28 U.S.C.

§1446(d).  A copy of the State Court Notice of Removal is attached hereto as *Exhibit*

*B.*

**WHEREFORE**, Ford prays for removal of the above captioned matter from the

Providence Superior Court, Providence County, State of Rhode Island, to the United States

District Court for the District of Rhode Island.

Dated:  June 16, 2021

                    FORD MOTOR COMPANY,
                    By its Attorneys,
                    CAMPBELL CONROY & O'NEIL
                    PROFESSIONAL CORPORATION


                    /s/ Adam A. Larson
                    _____
                    Adam A. Larson, #7114
                    One Constitution Wharf, Suite 310
                    Boston, MA 02129
                    (617) 241-3000
                    Fax (617) 241-5115
                    alarson@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

On June 16, 2021, I electronically filed this document through the CM/ECF system,
which will send a notice of electronic filing to:  Courtney Tutalo, Esq., Audette, Audette &
Violette, LLC, 35 Highland Ave., East Providence, RI  02914; and I emailed this document and
notice of electronic filing to the aforementioned counsel as well.

                    /s/ Adam A. Larson
                    _____
                    Adam A. Larson

3

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS    Document 6    Filed 06/23/21    Page 9 of 40 PageID #: 39

# EXHIBIT A

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 10 of 40 PageID #: 40

Case 1:21-cv-00266   Document 1-1   Filed 06/16/21   Page 1 of 13 PageID #: 4


CT Corporation

**Service of Process
Transmittal**
05/27/2021
CT Log Number 539637906

TO:   Chuck Morici
      Ford Motor Company
      1 American Rd
      Dearborn, MI 48126-2798

RE:   **Process Served in Rhode Island**

FOR:  Ford Motor Company  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Richard Grzesiak, Pltf. vs. Ford Motor Company, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Proof of Service, Complaint, Notice(s), Attachment(s) |
| **COURT/AGENCY:** | Providence/Bristol County Superior Court, RI<br>Case # PC202103612 |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injury - Stock Cage |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/27/2021 at 13:53 |
| **JURISDICTION SERVED :** | Rhode Island |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Courtney R. Tutalo<br>Audette, Audette & Violette, LLC<br>35 Highland Avenue<br>East Providence, RI 02914<br>401-490-0220 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/28/2021, Expected Purge Date: 06/02/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>450 Veterans Memorial Highway<br>Suite 7A<br>East Providence, RI 02914<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / GP

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 11 of 40 PageID #: 41

Case 1:21-cv-00266   Document 1-1   Filed 06/16/21   Page 2 of 13 PageID #: 5



# STATE OF RHODE ISLAND

## SUPERIOR COURT

### SUMMONS

| | **Civil Action File Number** |
| | PC-2021-03612 |
| **Plaintiff** | **Attorney for the Plaintiff or the Plaintiff** |
| Richard Grzesiak | Courtney Rhodes Tutalo |
| v. | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Ford Motor Company | 35 HIGHLAND AVE |
| **Defendant** | EAST PROVIDENCE RI  02914 |
| Licht Judicial Complex | **Address of the Defendant** |
| Providence/Bristol County | One American Road |
| 250 Benefit Street | WHQ Room 612 Tax Department |
| Providence RI  02903 | Dearborn MI  48126 |
| (401) 222-3250 | |

**TO THE DEFENDANT, Ford Motor Company:**  C IO CT CORPORATION

   The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

   As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 5/26/2021 | /s/ Stephen Burke |
| | Clerk |

Witness the seal/watermark of the Superior Court

8-35

A True Copy Attest
Date 5-27-21
Anthony R CAPRATI, Jr.
Badge Number 157

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 12 of 40 PageID #: 42

Case 1:21-cv-00266   Document 1-1   Filed 06/16/21   Page 3 of 13 PageID #: 6



## STATE OF RHODE ISLAND

## SUPERIOR COURT

| Plaintiff | Civil Action File Number |
| --- | --- |
| Richard Grzesiak | PC-2021-03612 |
| v. | |
| Ford Motor Company | |
| **Defendant** | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Ford Motor Company, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person of suitable age and discretion

    Address of dwelling house or usual place of abode

    Age

    Relationship to the Defendant

☐ With an agent authorized by appointment or by law to receive service of process.

    Name of authorized agent

    If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

☐ With a guardian or conservator of the Defendant.

    Name of person and designation

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

    Name of person and designation

Page 1 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-CV-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 13 of 40 PageID #: 43

Case 1:21-cv-00266   Document 1-1   Filed 06/16/21   Page 4 of 13 PageID #: 7



### STATE OF RHODE ISLAND

### SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

☐ I was unable to make service after the following reasonable attempts: _____

| SERVICE DATE: | / | / | | SERVICE FEE $ | |
|---|---|---|---|---|---|
| | Month | Day | Year | | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE _____

**SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.**

Signature _____

State of _____

County of _____

On this _____ day of _____, 20___ before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____ to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 14 of 40 PageID #: 44

Case 1:21-cv-00266   Document 1-1   Filed 06/16/21   Page 5 of 13 PageID #: 8

d in Providence/Bristol County Superior Court
omitted: 5/26/2021 9:39 AM
'elope: 3117276
'iewer: Victoria H

STATE OF RHODE ISLAND                    DISTRICT COURT
PROVIDENCE, SC

RICHARD GRZESIAK,                   :
          Plaintiff                 :
                                    :
Vs.                                 :        C.A. No.:
                                    :
FORD MOTOR COMPANY,                 :
          Defendant                 :

## COMPLAINT

Now comes the Plaintiff in the above-entitled matter and alleges and says that:

### Parties

1.  The Plaintiff, Richard Grzesiak, is a resident of the Town of Bristol, County of Bristol, State of Rhode Island.

2.  Upon information and belief, the Defendant, Ford Motor Company, is a foreign corporation licensed to do, and in fact doing business, in the State of Rhode Island.

### Jurisdiction

3.  The amount claimed is sufficient to establish jurisdiction in Superior Court.

### Count I

4.  The Plaintiff realleges paragraphs 1 through 3 and incorporates the same as if they were fully stated herein.

5.  On or about January 28, 2020, the Plaintiff, Richard Grzesiak, while in the course of his employment as a receiver for Tasca Automotive Group East, Inc. was lawfully on the property located at 1300 Reservoir Avenue in the City of Cranston, County of Providence, State of Rhode Island.

6.  At said time and place, Plaintiff, Richard Grzesiak, opened a so-called "stock cage" which contained automotive supplies.

7.  Upon information and belief, said stock cage located on the aforementioned premises was designed, manufactured, owned, stocked, and/or maintained by the Defendant, Ford Motor Company.

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

d in Providence/Bristol County Superior Court
omitted: 5/26/2021 9:38 AM
velope: 3117276
/iewer: Victoria H

8.     As the Plaintiff, Richard Grzesiak, opened and entered the said stock cage to retrieve items, two heavy boxes, which were carelessly and negligently stacked within the stock cage, fell onto his right foot, causing Mr. Grzesiak to become injured.

9.     At all times mentioned herein, the Plaintiff, Richard Grzesiak, was in the exercise of due care and caution.

10.    The Defendant, Ford Motor Company, owed a duty to the Plaintiff, Richard Grzesiak, and others in his position, to keep and maintain the aforementioned stock cage and items within it free from hazards, safely and properly stocked, and otherwise fit, safe, and proper for its intended use.

11.    Prior to the Plaintiff's injury, the Defendant, Ford Motor Company, knew, or in the exercise of due care should have known, that a dangerous and hazardous condition existed with and in the aforementioned stock cage where the Plaintiff was injured.

12.    The Defendant, Ford Motor Company, is liable for the negligent acts and omissions of its agents, servants, and/or employees.

13.    At and before the time of Plaintiff's fall referred to herein, the Defendant, Ford Motor Company, negligently breached its aforesaid duties by allowing and/or causing the aforementioned stock cage to be improperly and dangerously stocked and failed to inspect and maintain the same, causing the stock cage to be unsafe and unfit for use by the Plaintiff, Richard Grzesiak, and others in his position.

14.    As a direct and proximate result of said negligence on the part of the Defendant, Ford Motor Company, the Plaintiff, Richard Grzesiak, was injured as aforesaid.

15.    As a result of the Defendant, Ford Motor Company's, said negligence, the Plaintiff, Richard Grzesiak, has sustained severe and grievous injuries, and has suffered and continues to suffer great pain of body and mind, and has expended great sums of money for the medical care and treatment of said injuries, has incurred lost wages and has sustained other great damage.

**WHEREFORE**, the Plaintiff, Richard Grzesiak, demands judgment against the Defendant, Ford Motor Company, in an amount sufficient to fully compensate him for the damages herein alleged, plus interest and costs of suit.

2

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS    Document 6    Filed 06/23/21    Page 16 of 40 PageID #: 46

Case 1:21-cv-00266    Document 1-1    Filed 06/16/21    Page 7 of 13 PageID #: 10

d in Providence/Bristol County Superior Court
omitted: 5/26/2021 9:39 AM
relope: 3117276
iewer: Victoria H

## Count II

16.     Plaintiff realleges paragraphs 1 through 15 and incorporates the same as if they were fully stated herein.

17.     At and before the time of Plaintiff's injury referred to herein, the Defendant, Ford Motor Company, had a duty to adequately, timely and properly warn Plaintiff, Richard Grzesiak, and others in his position, of dangerous and/or unsafe conditions it had knowledge of or, in the exercise of due care, should have had knowledge of, which existed with and in the aforementioned stock cage.

18.     The Defendant, Ford Motor Company, is liable for the negligent acts and omissions of its agents and/or employees.

19.     The Plaintiff was not warned of any dangerous or hazardous conditions with or in the aforementioned stock cage prior to opening the same.

20.     Therefore, the Defendant, Ford Motor Company, negligently breached its aforesaid duties to warn and, as a direct and proximate result of said negligence, Plaintiff, Richard Grzesiak, was injured as aforesaid.

21.     As a further result of the Defendant, Ford Motor Company's, said negligence, the Plaintiff, Richard Grzesiak, has sustained severe and grievous injuries, and has suffered and continues to suffer great pain of body and mind, and has expended great sums of money for the medical care and treatment of said injuries, has incurred lost wages, and has sustained other great damage.

WHEREFORE, the Plaintiff, Richard Grzesiak, demands judgment against the Defendant, Ford Motor Company, in an amount sufficient to fully compensate him for the damages herein alleged, plus interest and costs of suit.

## COUNT III

22.     The Plaintiff realleges paragraphs 1 through 21 and incorporates the same as if they were fully stated herein.

23.     The Defendant, Ford Motor Company, has a duty to manufacture a product that is not unsafe, dangerous and/or defective.

24.     The defective nature of the stock cage caused two boxes to fall, causing injuries to the Plaintiff, Richard Grzesiak, as aforementioned.

3

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS    Document 6    Filed 06/23/21    Page 17 of 40 PageID #: 47

Case 1:21-cv-00266    Document 1-1    Filed 06/16/21    Page 8 of 13 PageID #: 11

d in Providence/Bristol County Superior Court
omitted: 5/26/2021 9:39 AM
relope: 3117276
riewer: Victoria H

25. The defective nature of the stock cage and the resulting damages were a direct and proximate result of the negligence, carelessness and negligent omissions of the Defendant, Ford Motor Company, in:

   a. Designing, manufacturing, selling and/or otherwise placing into the stream of commerce a stock cage that was in a defective condition, unreasonably dangerous to consumers, including Richard Grzesiak;

   b. Failing to adequately warn Richard Grzesiak of the defects in the stock cage when the Defendant, Ford Motor Company, knew or should have known of the defects and that they constituted a danger;

   c. Carelessly, recklessly and negligently designing, manufacturing, distributing and/or selling the stock cage in a defective and unreasonably dangerous condition;

   d. Carelessly, recklessly and negligently failing to adequately, properly and safely inspect and/or test the stock cage and to make the necessary corrections and adjustments thereto, which inspections and tests would have revealed the existence of the aforesaid dangerous condition, and which adjustments and/or corrections would have remedied same;

   e. Carelessly, recklessly and negligently failing to discover defects in the stock cage;

   f. Carelessly, recklessly and negligently failing to exercise the requisite degree of care and caution in the design, manufacture, distribution and/or sale of the stock cage;

   g. Carelessly, recklessly and negligently failing to properly and adequately design and manufacture the stock cage in order to provide a safe product;

   h. Carelessly, recklessly and negligently failing to adequately, properly and/or completely supervise its personnel in the design, manufacture, distribution and/or sale of the stock cage; and

   i. Carelessly, recklessly and negligently failing to remove the stock cage from the market when the Defendant, Ford Motor Company, knew or should have known of the defects in the stock cage, and that it constituted a danger.

26. As a direct and proximate result of the Defendant, Ford Motor Company, designing, manufacturing, distributing and/or selling a product that was in a defective, unreasonably dangerous condition, the injury and damages referred to above occurred.

4

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 18 of 40 PageID #: 48

Case 1:21-cv-00266   Document 1-1   Filed 06/16/21   Page 9 of 13 PageID #: 12

d in Providence/Bristol County Superior Court
bmitted: 5/26/2021 9:39 AM
velope: 3117276
viewer: Victoria H

**WHEREFORE**, the Plaintiff, Richard Grzesiak, demands judgment against the Defendant, Ford Motor Company, in an amount sufficient to fully compensate him for the damages herein alleged, plus interest and costs of suit.

THE PLAINTIFF,
Richard Grzesiak,
By his Attorneys,
AUDETTE, AUDETTE & VIOLETTE, LLC

/s/ Courtney R. Tutalo
COURTNEY R. TUTALO, ESQ. #7140
35 Highland Avenue
East Providence, RI  02914
Tel: (401) 490-0220
Fax: (401) 438-3804
E-Mail: ctutalo@aavlawfirm.com

Plaintiff demands a Trial by Jury on all Counts.

THE PLAINTIFF,
Richard Grzesiak,
By his Attorneys,
AUDETTE, AUDETTE & VIOLETTE, LLC

/s/ Courtney R. Tutalo
COURTNEY R. TUTALO, ESQ. #7140
35 Highland Avenue
East Providence, RI  02914
Tel: (401) 490-0220
Fax: (401) 438-3804
E-Mail: ctutalo@acvlawfirm.com

5

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 19 of 40 PageID #: 49

Case 1:21-cv-00266   Document 1-1   Filed 06/16/21   Page 10 of 13 PageID #: 13

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.

**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.

**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# NOTICE

## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

**To schedule an interpreter for your day in court, you have the following options:**

1.   **Call the Office of Court Interpreters at (401) 222-8710, or**

2.   **Send an email message to interpreterfeedback@courts.ri.gov, or**

3.   **Visit the interpreters' office to schedule an interpreter:**

> **The Office of Court Interpreters**
> **Licht Judicial Complex**
> **Fourth Floor, Room 401**
> **250 Benefit Street**
> **Providence, RI 02903**

When requesting an interpreter, please provide the following information:

- The name and number of your case
- The language you are requesting
- The date and time of your hearing
- The location of your hearing
- Your name and a telephone number where we can reach you or your lawyer

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the internet:
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS    Document 6    Filed 06/23/21    Page 20 of 40 PageID #: 50
Case 1:21-cv-00266    Document 1-1    Filed 06/16/21    Page 11 of 13 PageID #: 14

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español:** Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português:** Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# A V I S O

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.

La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.

Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

**Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:**

1. **Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;**

2. **Mandar un correo electrónico a interpreterfeedback@courts.ri.gov; o**

3. **Presentarse a la Oficina de Intérpretes para solicitar un intérprete:**

   **The Office of Court Interpreters**
   **Licht Judicial Complex**
   **Cuarto Piso, Oficina 401 A-B**
   **250 Benefit Street**
   **Providence, RI 02903**

   **Al solicitar un intérprete, por favor provea la siguiente información:**

   - El nombre y el número de su caso

   - El idioma que solicita

   - La fecha y hora de su audiencia

   - Dónde va a tomar lugar su audiencia

   - Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.

---

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

http://www.courts.ri.gov/Interpreters/englishversion/default.aspx

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-CV-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 21 of 40 PageID #: 51

Case 1:21-cv-00266   Document 1-1   Filed 06/16/21   Page 12 of 13 PageID #: 15

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.

**Camboyano:** SAMPLE: [Véase esta notificación en camboyano, español y português en las páginas adjuntas.]

**Español:** Véase esta notificación en camboyano, español y português en las páginas adjuntas.

**Português:** Leia esta notificação em camboyano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

**Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:**

1.  Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou

2.  Enviar uma mensagem de correio eletrónico para interpreterfeedback@courts.ri.gov, ou

3.  Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

> **Gabinete de Intérpretes Judiciais**
> **Complexo Judicial Licht**
> **Quarto Piso, Sala 401**
> **250 Benefit Street**
> **Providence, RI 02903**

Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:

- O nome e número do seu processo
- O idioma que solicita
- A data e hora da sua audiência
- O local da sua audiência
- O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado

---

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet: http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

> Gabinete de Intérpretes Judiciais
> Complexo Judicial Licht
> Quarto Piso, Sala 401
> 250 Benefit Street
> Providence, RI 02903

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-CV-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 22 of 40 PageID #: 52

Case 1:21-cv-00266   Document 1-1   Filed 06/16/21   Page 13 of 13 PageID #: 16

មេស្រេចក្តីជូនដំណឹងនេះជាភាសាខ្មែរ។ អេស្បាញ និងព័រទុយហ្គ័លនៅលើទំព័រដែលបានភ្ជាប់។

## សេចក្តីជូនដំណឹង

## លោកអ្នកមានបណ្តឹងនៅក្នុងពិន្ធនៃតុលាការនៃរដ្ឋ Rhode Island។

## លោកអ្នកហានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះខ្វះនៃភាសាអង់គ្លេសមានកំណត់ (LEP) បញ្ចូលខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island និងបុគ្គលិករបស់ប្រព័ន្ធដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុងចោទ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន បុរសណាម្នាក់ដែលកាន់ដ៏ខ្ញុំយាងស៊ាំនិងនៅក្នុងដំណើរការតុលាការ។ សេវាកម្មបកប្រែ៖ ត្រូវបានផ្តល់ជូនដោយឥតគិតថ្លៃសម្រាប់គូភាគី និងនៅគ្រប់ប្រភេទនៃទម្រង់ណា ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ពិន្ធនៃតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីស្នើសុំពេលវេលាណាត់កបប្រែសម្រាប់ខ្លួនឯងលោកអ្នកមានជម្រើសលោកអ្នកមានជម្រើសច្រើនដូចខាងក្រោម ៖

1.  ទូរស័ព្ទទុកគគការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ **(401) 222-8710** ឬ
2.  ផ្ញើអ៊ីម៉ែលទៅកាន់ **interpreterfeedback@courts.ri.gov** ឬ
3.  ទៅកាន់ការិយាល័យអ្នកបកប្រែរៀបចំប្រាក់ពេលវេលាអ្នកបកប្រែ ៖

**The Office of Court Interpreters**
**Licht Judicial Complex**
**Fourth Floor, Room 401**
**250 Benefit Street**
**Providence, RI 02903**

នៅពេលណាស្នើសុំអ្នកបកប្រែ សូមផ្តល់ជូនព័ត៌មានរួចជាខាងក្រោម ៖

- ឈ្មោះ និងលេខបណ្តឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្នើសុំ
- កាលបរិច្ឆេទ និងម៉ោងនៃសវនាការរបស់លោកអ្នក
- ទីតាំងដែលដោយការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងមកលោកអ្នក ឬមេធាវីលោកអ្នកបាន

---

សម្រាប់ព័ត៌មានបន្ថែមឬចម្លងឯកសារបន្ថែមពាសារល័យឯកឯកសារ រស្ម័ និងអេស្បាញ រួមទាំងបញ្ជីរួមទាំងស្របប្បែបបបនៃតុលាការដែលមានជាភាសាអេស្បាញនោះ សូមចូលទៅកាន់រហោទំព័ររបស់យើងខ្ញុំនៅព័អ៊ីនធឺណែត ៖

http://www.courts.ri.gov/Interpreters/englishversion/default.aspx។

ដើម្បីស្នើសុំការបកប្រែសេចក្តីជូនដំណឹងនេះជាភាសាសាសនាកម្មយល្បឯងរៀងៗឪត សូមស្នើសុំក្នុងមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710។ វាជាការចាំបាច់ដែលត្រូវការអ្នកបិទយការសាសានាក្នុងជាបូបយមលោកអ្នកនៅពេលដែលលោកអ្នកអ្នកសរស័គ្គក្តួណ។

តុលាការ Rhode Island រៀបម្អញជីសុតុលាការអាចប្រើប្រាស់បានសម្រាប់បន្សុស្សគ្រប់រូបខ្ញា។

ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

Page 22

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 23 of 40 PageID #: 53

# EXHIBIT B

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-CV-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 24 of 40 PageID #: 54
Case 1:21-cv-00266   Document 1-2   Filed 06/16/21   Page 1 of 2 PageID #: 17

STATE OF RHODE ISLAND                                  SUPERIOR COURT
PROVIDENCE, SC

| | |
|---|---|
| RICHARD GRZESIAK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  CIVIL ACTION NO. PC2021-03612 |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

TO:   Providence Superior Court          Courtney Tutalo, Esq.
      Civil Clerk's Office                Audette, Audette & Violette,
      Licht Judicial Complex             LLC
      250 Benefit Street                 35 Highland Ave.
      Providence, RI  02903              East Providence, RI  02914

PLEASE TAKE NOTICE that the Defendant Ford Motor Company, a Delaware

corporation with its principal place of business in Dearborn, MI, has this day filed a Notice of

Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, containing a statement of facts which

entitles it to remove the case to the United States District Court for the District of Rhode Island.

Attached hereto as *Exhibit A* is a true and correct copy of the Notice of Removal filed on June

16, 2021.

Dated:  June 16, 2021

                                    FORD MOTOR COMPANY,
                                    By its Attorneys,
                                    CAMPBELL CONROY & O'NEIL
                                    PROFESSIONAL CORPORATION


                                    /s/ Adam A. Larson

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS    Document 6    Filed 06/23/21    Page 25 of 40 PageID #: 55

Case 1:21-cv-00266    Document 1-2    Filed 06/16/21    Page 2 of 2 PageID #: 18

Adam A. Larson, #7114
One Constitution Wharf, Suite 310
Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115
alarson@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

On June 16, 2021, I electronically filed this document through the Odyssey system, which will send a notice of electronic filing to: Courtney Tutalo, Esq., Audette, Audette & Violette, 35 Highland Ave., LLC East Providence, RI 02914.

/s/ Adam A. Larson
_____
Adam A. Larson

2

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-CV-00266-MSM-PAS    Document 6    Filed 06/23/21    Page 26 of 40 PageID #: 56

Case 1:21-cv-00266    Document 1-3    Filed 06/16/21    Page 1 of 2 PageID #: 19

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Richard Grzesiak

**DEFENDANTS**

Ford Motor Company

**(b)** County of Residence of First Listed Plaintiff  Bristol County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Wayne County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Courtney Tutalo, Esq., Audette, Audette & Violette LLC
35 Highland Avenue, East Providence, RI 02914

Attorneys *(If Known)*
Adam A. Larson, Esq., Campbell Conroy & O'Neil, P.C.
1 Constitution Wharf, Suite 310, Boston, MA 02129

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

|  |  |  |  |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |  |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sections 1332, 1441 and 1446
Brief description of cause:
Personal Injury / Premises Liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE  N/A

DOCKET NUMBER

DATE  6/16/21

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 3:36 PM
Envelope: 3149685
Reviewer: Victoria H

Case 1:21-cv-00266-MSM-PAS    Document 6    Filed 06/23/21    Page 27 of 40 PageID #: 57

Case 1:21-cv-00266    Document 1-3    Filed 06/16/21    Page 2 of 2 PageID #: 20

JS 44 Reverse (Rev. 04/21)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/9/2021 3:24 PM
Envelope: 3138815
Reviewer: Carol M.

1:21-CV-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 28 of 40 PageID #: 58



# STATE OF RHODE ISLAND

## SUPERIOR COURT

### SUMMONS

|  | **Civil Action File Number**<br>PC-2021-03612 |
|---|---|
| **Plaintiff**<br>Richard Grzesiak<br>v.<br>Ford Motor Company<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Courtney Rhodes Tutalo |
|  | **Address of the Plaintiff's Attorney or the Plaintiff**<br>35 HIGHLAND AVE<br>EAST PROVIDENCE RI  02914 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>One American Road<br>WHQ Room 612 Tax Department<br>Dearborn MI  48126 |

**TO THE DEFENDANT, Ford Motor Company:** *C/o  CT Corporation*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 5/26/2021. | /s/ Stephen Burke<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

-CMS-1 (revised July 2020)

1:21-CV-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 29 of 40 PageID #: 59



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Richard Grzesiak<br>v.<br>Ford Motor Company<br>**Defendant** | **Civil Action File Number**<br>PC-2021-03612 |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Ford Motor Company, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☑ With an agent authorized by appointment or by law to receive service of process.  *5-27-21  8³⁵*
Name of authorized agent  *CT Corp Drop Box  450 Veterans Memorial Pkwy East Prov.*
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 6/9/2021 3:24 PM
Envelope: 3138815
Reviewer: Carol M.

1:21-CV-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 30 of 40 PageID #: 60



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE: _5_ / _27_ / _21_          SERVICE FEE $ _45_

Month   Day   Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

Anthony Cappalli #157

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

STATE OF RHODE ISLAND                          DISTRICT COURT
PROVIDENCE, SC

RICHARD GRZESIAK,                        :
      Plaintiff                        :
                                       :
Vs.                                      :        C.A. No.: PC-2021-03612
                                       :
FORD MOTOR COMPANY,                      :
      Defendant                        :

## <u>**JURY TRIAL REQUEST**</u>


      Now come the Plaintiff in the above entitled matter and requests a jury trial.  Plaintiff
designates Courtney R. Tutalo, Esq. as trial counsel.



                    THE PLAINTIFF,
                    Richard Grzesiak,
                    By his Attorneys,
                    AUDETTE, AUDETTE & VIOLETTE, LLC


                    /s/ Courtney R. Tutalo
                    COURTNEY R. TUTALO, ESQ. #7140
                    35 Highland Avenue
                    East Providence, RI  02914
                    Tel: (401) 490-0220
                    Fax: (401) 438-3804
                    E-Mail: ctutalo@aavlawfirm.com

STATE OF RHODE ISLAND                    DISTRICT COURT
PROVIDENCE, SC

RICHARD GRZESIAK,                    :
       Plaintiff                    :
                                       :
Vs.                                  :        C.A. No.: PC-2021-03612
                                       :
FORD MOTOR COMPANY,                  :
       Defendant                    :

<u>**ENTRY OF APPEARANCE**</u>


Now comes Courtney R. Tutalo, Esq. and hereby enters her appearance on behalf of the

Plaintiff, Richard Grzesiak.


               THE PLAINTIFF,
               Richard Grzesiak,
               By his Attorneys,
               AUDETTE, AUDETTE & VIOLETTE, LLC


               /s/ Courtney R. Tutalo
               COURTNEY R. TUTALO, ESQ. #7140
               35 Highland Avenue
               East Providence, RI  02914
               Tel: (401) 490-0220
               Fax: (401) 438-3804
               E-Mail: ctutalo@aavlawfirm.com



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-03612 |
| **Plaintiff**<br>Richard Grzesiak<br> v.<br>Ford Motor Company<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Courtney Rhodes Tutalo |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>35 HIGHLAND AVE<br>EAST PROVIDENCE RI  02914 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>One American Road<br>WHQ Room 612 Tax Department<br>Dearborn MI  48126 |

**TO THE DEFENDANT, Ford Motor Company:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/26/2021. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

# SUPERIOR COURT

| **Plaintiff**<br>Richard Grzesiak<br>  v.<br>Ford Motor Company<br>**Defendant** | **Civil Action File Number**<br>PC-2021-03612 |
|---|---|

---

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Ford Motor Company, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

---

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
 Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
 Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
 Name of authorized agent _____

 If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

 _____

☐ I was unable to make service after the following reasonable attempts: _____

 _____

| SERVICE DATE:     ____/____/____<br>             Month   Day    Year | SERVICE FEE $ _____ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____

County of _____

 On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

 Notary Public: _____
 My commission expires: _____
 Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 5/26/2021 9:39 AM
Envelope: 3117276
Reviewer: Victoria H

1:21-CV-00266-MSM-PAS   Document 6   Filed 06/23/21   Page 36 of 40 PageID #: 66

STATE OF RHODE ISLAND                    DISTRICT COURT
PROVIDENCE, SC

RICHARD GRZESIAK,                    :
      Plaintiff                    :
                          :
Vs.                    :        C.A. No.:
                          :
FORD MOTOR COMPANY,                    :
      Defendant                    :

## **COMPLAINT**

Now comes the Plaintiff in the above-entitled matter and alleges and says that:

### **Parties**

1. The Plaintiff, Richard Grzesiak, is a resident of the Town of Bristol, County of Bristol, State of Rhode Island.

2. Upon information and belief, the Defendant, Ford Motor Company, is a foreign corporation licensed to do, and in fact doing business, in the State of Rhode Island.

### **Jurisdiction**

3. The amount claimed is sufficient to establish jurisdiction in Superior Court.

### **Count I**

4. The Plaintiff realleges paragraphs 1 through 3 and incorporates the same as if they were fully stated herein.

5. On or about January 28, 2020, the Plaintiff, Richard Grzesiak, while in the course of his employment as a receiver for Tasca Automotive Group East, Inc. was lawfully on the property located at 1300 Reservoir Avenue in the City of Cranston, County of Providence, State of Rhode Island.

6. At said time and place, Plaintiff, Richard Grzesiak, opened a so-called "stock cage" which contained automotive supplies.

7. Upon information and belief, said stock cage located on the aforementioned premises was designed, manufactured, owned, stocked, and/or maintained by the Defendant, Ford Motor Company.

8.      As the Plaintiff, Richard Grzesiak, opened and entered the said stock cage to retrieve items, two heavy boxes, which were carelessly and negligently stacked within the stock cage, fell onto his right foot, causing Mr. Grzesiak to become injured.

9.      At all times mentioned herein, the Plaintiff, Richard Grzesiak, was in the exercise of due care and caution.

10.     The Defendant, Ford Motor Company, owed a duty to the Plaintiff, Richard Grzesiak, and others in his position, to keep and maintain the aforementioned stock cage and items within it free from hazards, safely and properly stocked, and otherwise fit, safe, and proper for its intended use.

11.     Prior to the Plaintiff's injury, the Defendant, Ford Motor Company, knew, or in the exercise of due care should have known, that a dangerous and hazardous condition existed with and in the aforementioned stock cage where the Plaintiff was injured.

12.     The Defendant, Ford Motor Company, is liable for the negligent acts and omissions of its agents, servants, and/or employees.

13.     At and before the time of Plaintiff's fall referred to herein, the Defendant, Ford Motor Company, negligently breached its aforesaid duties by allowing and/or causing the aforementioned stock cage to be improperly and dangerously stocked and failed to inspect and maintain the same, causing the stock cage to be unsafe and unfit for use by the Plaintiff, Richard Grzesiak, and others in his position.

14.     As a direct and proximate result of said negligence on the part of the Defendant, Ford Motor Company, the Plaintiff, Richard Grzesiak, was injured as aforesaid.

15.     As a result of the Defendant, Ford Motor Company's, said negligence, the Plaintiff, Richard Grzesiak, has sustained severe and grievous injuries, and has suffered and continues to suffer great pain of body and mind, and has expended great sums of money for the medical care and treatment of said injuries, has incurred lost wages and has sustained other great damage.

**WHEREFORE**, the Plaintiff, Richard Grzesiak, demands judgment against the Defendant, Ford Motor Company, in an amount sufficient to fully compensate him for the damages herein alleged, plus interest and costs of suit.

2

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 5/26/2021 9:39 AM
Envelope: 3117276
Reviewer: Victoria H

## **Count II**

16.     Plaintiff realleges paragraphs 1 through 15 and incorporates the same as if they were fully stated herein.

17.     At and before the time of Plaintiff's injury referred to herein, the Defendant, Ford Motor Company, had a duty to adequately, timely and properly warn Plaintiff, Richard Grzesiak, and others in his position, of dangerous and/or unsafe conditions it had knowledge of or, in the exercise of due care, should have had knowledge of, which existed with and in the aforementioned stock cage.

18.     The Defendant, Ford Motor Company, is liable for the negligent acts and omissions of its agents and/or employees.

19.     The Plaintiff was not warned of any dangerous or hazardous conditions with or in the aforementioned stock cage prior to opening the same.

20.     Therefore, the Defendant, Ford Motor Company, negligently breached its aforesaid duties to warn and, as a direct and proximate result of said negligence, Plaintiff, Richard Grzesiak, was injured as aforesaid.

21.     As a further result of the Defendant, Ford Motor Company's, said negligence, the Plaintiff, Richard Grzesiak, has sustained severe and grievous injuries, and has suffered and continues to suffer great pain of body and mind, and has expended great sums of money for the medical care and treatment of said injuries, has incurred lost wages, and has sustained other great damage.

**WHEREFORE**, the Plaintiff, Richard Grzesiak, demands judgment against the Defendant, Ford Motor Company, in an amount sufficient to fully compensate him for the damages herein alleged, plus interest and costs of suit.

## **COUNT III**

22.     The Plaintiff realleges paragraphs 1 through 21 and incorporates the same as if they were fully stated herein.

23.     The Defendant, Ford Motor Company, has a duty to manufacture a product that is not unsafe, dangerous and/or defective.

24.     The defective nature of the stock cage caused two boxes to fall, causing injuries to the Plaintiff, Richard Grzesiak, as aforementioned.

3

Case Number: PC-2021-03612
Filed in Providence/Bristol County Superior Court
Submitted: 5/26/2021 9:39 AM
Envelope: 3117276
Reviewer: Victoria H
1-CV-00266-MSM-PAS    Document 6    Filed 06/23/21    Page 39 of 40 PageID #: 69

25.     The defective nature of the stock cage and the resulting damages were a direct and proximate result of the negligence, carelessness and negligent omissions of the Defendant, Ford Motor Company, in:

a.  Designing, manufacturing, selling and/or otherwise placing into the stream of commerce a stock cage that was in a defective condition, unreasonably dangerous to consumers, including Richard Grzesiak.

b.  Failing to adequately warn Richard Grzesiak of the defects in the stock cage when the Defendant, Ford Motor Company, knew or should have known of the defects and that they constituted a danger;

c.  Carelessly, recklessly and negligently designing, manufacturing, distributing and/or selling the stock cage in a defective and unreasonably dangerous condition;

d.  Carelessly, recklessly and negligently failing to adequately, properly and safely inspect and/or test the stock cage and to make the necessary corrections and adjustments thereto, which inspections and tests would have revealed the existence of the aforesaid dangerous condition, and which adjustments and/or corrections would have remedied same;

e.  Carelessly, recklessly and negligently failing to discover defects in the stock cage;

f.  Carelessly, recklessly and negligently failing to exercise the requisite degree of care and caution in the design, manufacture, distribution and/or sale of the stock cage;

g.  Carelessly, recklessly and negligently failing to properly and adequately design and manufacture the stock cage in order to provide a safe product;

h.  Carelessly, recklessly and negligently failing to adequately, properly and/or completely supervise its personnel in the design, manufacture, distribution and/or sale of the stock cage; and

i.  Carelessly, recklessly and negligently failing to remove the stock cage from the market when the Defendant, Ford Motor Company, knew or should have known of the defects in the stock cage, and that it constituted a danger.

26.     As a direct and proximate result of the Defendant, Ford Motor Company, designing, manufacturing, distributing and/or selling a product that was in a defective, unreasonably dangerous condition, the injury and damages referred to above occurred.

4

**WHEREFORE**, the Plaintiff, Richard Grzesiak, demands judgment against the Defendant, Ford Motor Company, in an amount sufficient to fully compensate him for the damages herein alleged, plus interest and costs of suit.

THE PLAINTIFF,
Richard Grzesiak,
By his Attorneys,
AUDETTE, AUDETTE & VIOLETTE, LLC


/s/ Courtney R. Tutalo
COURTNEY R. TUTALO, ESQ. #7140
35 Highland Avenue
East Providence, RI  02914
Tel: (401) 490-0220
Fax: (401) 438-3804
E-Mail: ctutalo@aavlawfirm.com

Plaintiff demands a Trial by Jury on all Counts.

THE PLAINTIFF,
Richard Grzesiak,
By his Attorneys,
AUDETTE, AUDETTE & VIOLETTE, LLC


/s/ Courtney R. Tutalo
COURTNEY R. TUTALO, ESQ. #7140
35 Highland Avenue
East Providence, RI  02914
Tel: (401) 490-0220
Fax: (401) 438-3804
E-Mail: ctutalo@acvlawfirm.com

5